**MDL 1740**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 6 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Canon U.S.A., Inc., Digital Cameras Products Liability Litigation | MDL Docket No. 1740 |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff David Hyman ("Hyman") hereby notifies the Clerk of the Panel that on December 30, 2005, plaintiff Barbara Choi filed an action in the Southern District of New York, on behalf of herself and all others similarly situated, which involves questions of law and fact common to three cases currently under consideration by the Panel for transfer and consolidation, <u>Hyman, et al. v. Canon USA Incorporated</u>, Civil Action No. 05-CV-7233, United States District Court for the Southern District of New York (JSR) ("<u>Hyman</u>"), <u>Wing Law v. Canon U.S.A., Inc.</u>, Civil Action No. 05-7659 (GRF) ("<u>Law</u>") and <u>Albert Khaydatov v. Canon U.S.A., Inc.</u>, Civil Action No. 05-cv-9948 (JSR) ("<u>Khaydatov</u>", collectively, the "Current Actions").

Canon USA, Inc. ("Canon USA") the defendant in the <u>Hyman, Law, and Khaydatov</u> actions, filed a motion before the Panel for transfer and consolidation of those actions pursuant to Section 1407, and that motion remains pending. See <u>In re Canon U.S.A., Inc. Digital Cameras Products Liability Litigation</u>, MDL Docket No. 1740. The official and complete title of the potential tag-along case is <u>Barbara Choi, individually and on behalf of all others similarly situated, v. Canon U.S.A., Inc.</u>, Civil Action No. 05-

PLEADING NO. 10

OFFICIAL FILE COPY

IMAGED FEB 0 7 2006

CV-6120 (JSR) ("Choi"). The Choi Complaint is attached hereto as Exhibit A, and the Docket Sheet is attached hereto as Exhibit B.

The core allegation of Choi is the same as in the Current Actions: that Canon-brand PowerShot digital cameras are defective. Choi alleges the same defect as alleged in the Current Actions. Choi asserts claims based on many of the same common law and statutory theories of liability as those alleged in the Current Actions, including unjust enrichment, breach of warranty and violation of various consumer fraud statutes, including New York General Business Law § 349.

Furthermore, consolidation of Choi will further the convenience of the parties and witnesses and will promote the just and efficient conduct of all of the actions for many reasons, including: (1) Hyman is already pending in the Southern District of New York, and Canon USA has asked the Panel to consolidate the Current Actions in the Southern District; (2) Khaydatov has been transferred to the Hon. Jed S. Rakoff of the Southern District, before whom Hyman is pending; (3) the putative class alleged in Choi is completely subsumed within the putative class alleged in Hyman; (3) the defect alleged in Choi is alleged in Hyman and (4) the discovery necessary in Choi will likely mirror the discovery in the Current Actions; (5) the theories of liability alleged in Choi mirror those alleged in the Current Actions. Thus, this tag-along action should be consolidated with

the other cases already under consideration for consolidation by the Panel.

Respectfully submitted this 3rd day of February, 2006,

ABBEY GARDY, LLP

By: _____

Paul O. Paradis
Gina M. Tufaro
212 East 39th Street
New York, New York 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

and

Richard J. Doherty
James M. Smith
**HORWITZ, HORWITZ & ASSOCIATES**
25 East Washington Street
Suite 900
Chicago, Il 60602
Telephone: 312-372-8822

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 6 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Canon U.S.A., Inc., Digital Cameras Products Liability Litigation | MDL Docket No. 1740 |

## PROOF OF SERVICE

I, Carolyn Davila, hereby certify that on the 3rd day of February, 2006, I caused copies of the attached Notice of Potential Tag-Along Action to be served by mail as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure, on all parties in all actions involved in the litigation through the attorney for each such party. The attached Party Service List contains the names and addresses of all parties caused to be served.

Carolyn Davila

**PARTY SERVICE LIST**

| | |
|---|---|
| Eric H. Gibbs<br>Dylan Hughes<br>GIRARD GIBBS & DEBARTOLOMEO, LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>Attorneys for Plaintiff Wing Law | Eduard Korsinsky<br>ZIMMERMAN LEVI & KORSINZKY, LLP<br>39 Broadway<br>Suite 1601<br>New York, New York 10006<br>Attorneys for Plaintiff Albert Khaydatov |
| William R. Weinstein<br>WECHSLER HARWOOD, LLP<br>488 Madison Avenue, 8th floor<br>New York, New York 10022<br>Attorneys for Plaintiff Albert Khaydatov | Jacqueline Sailer<br>MURRAY, FRANK & SAILER, LLP<br>275 Madison Avenue, 8th floor<br>New York, New York 10016<br>Attorney for Plaintiff Barbara Choi |
| Garrett D. Blanchfield, Jr.<br>REINHARDT, WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>Attorney for Plaintiff Barbara Choi | Michael Goldberg<br>GLANCY BINKOW & GOLDBERG, LLP<br>1801 Avenue of the Stars<br>Los Angeles, CA 90067<br>Attorney for Plaintiff Barbara Choi |
| Anthony D. Shapiro<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 Fifth Avenue<br>Suite 2900<br>Seatle, WA 98101<br>Attorney for Plaintiff Barbara Choi | Richard Silberberg, Esq.<br>Robert G. Manson, Esq.<br>Brooke Pietrzak, Esq.<br>DORSEY & WHITNEY LLP<br>250 Park Avenue<br>New York, New York 10177-1500<br>Attorneys for Defendant |
| Michael D. Burrows, Esq.<br>GREENBERG TRAURIG, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>Attorneys for Defendant | Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E.<br>Room G-255, North Lobby<br>Washington, DC 20002-8004 |